SUZANNE L. DECKER, Trustee
151 CALLAN AVENUE, SUITE 305
SAN LEANDRO, CA 94577
Telephone: (510) 483-4334


FILED
APR 20 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

In re:
PORTOFINO DEVELOPMENT CORP.

Debtor(s)

Case No. 93-57024-JRG

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $50,027.20. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 7 | Vasquez McLarand, 695 Town Center Dr., #300, Costa Mesa, Ca. | $50,027.20 | $50,027.20 |
| | Total Unclaimed Dividends | | $50,027.20 |

Dated: April 18, 2006

_____
SUZANNE L. DECKER, TRUSTEE

Trustee called information. "Customer requested his telephone number not be released".