Suzanne L. Decker, Trustee
1271 Washington Avenue #318
San Leandro, CA 94577

Telephone: (510) 483-4334
Facsimile: (510) 483-4622

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE

| | |
|---|---|
| IN RE: | Chapter 7 |
| **PORTOFINO DEVELOPMENT CORP.** | **93-57024-RLF** |
| | **TRUSTEE'S REPORT OF DISTRIBUTION** |
| **(Debtors)** | |

The undersigned Trustee of the above-entitled estate hereby files this Trustee's Report of Distribution, and declares as follows:

1.      That all assets and funds of the estate which have come under my control have been properly accounted for as provided for by law, and all funds have been disbursed in accordance with the law.

2.      An itemized statement of the Trustee's receipts and disbursements, showing a zero balance of funds on hand, is attached hereto as U.S.T. FORM II (Estate Cash Receipts and Disbursements Record) together with bank statements and cancelled checks.

I certify under penalty of perjury that the foregoing is true and correct. Therefore, pursuant to FRBP 5009, I request that this report be accepted, that the Court order the case closed, that I be discharged as Trustee and that my bond be cancelled.

Date    7/17/06            Trustee    /s/ Suzanne L. Decker, Trustee

---

REVIEW BY UNITED STATES TRUSTEE

The United States Trustee has reviewed the foregoing TRUSTEE'S REPORT OF DISTRIBUTION.

Date:    August 18, 2006        BY: _____
                                                 Lynne C. Knight
                                                 Paralegal

# FINAL DISTRIBUTION

Case Number: 93-57024    RLF                                    Page  1                                    Date: August 16, 2006
Debtor Name: PORTOFINO DEVELOPMENT CORP.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| | Beginning Balance | | | | | | | $0.00 |
| | SUZANNE L. DECKER COMPENSATION | Admin | | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| | SUZANNE L. DECKER EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Campeau and Thomas | Admin | 010 | $78,928.44 | $78,928.44 | $0.00 | $0.00 | $0.00 |
| | Michael Gabrielson | Admin | 010 | $59,900.70 | $59,900.70 | $0.00 | $0.00 | $0.00 |
| | Michael Gabrielson | Admin | 010 | $1,220.10 | $1,220.10 | $0.00 | $0.00 | $0.00 |
| | R. Patrick Smith | Admin | 010 | $301,565.00 | $301,565.00 | $0.00 | $0.00 | $0.00 |
| | R. Patrick Smith | Admin | 010 | $2,032.60 | $2,032.60 | $0.00 | $0.00 | $0.00 |
| | Lester G. Sachs | Admin | 010 | $37,145.33 | $37,145.33 | $0.00 | $0.00 | $0.00 |
| | Arthur B. Levine | Admin | 010 | $6.93 | $6.93 | $0.00 | $0.00 | $0.00 |
| | INTERNATIONAL SURETIES, LTD. | Admin | 010 | $3,022.10 | $3,022.10 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES TRUSTEE | Admin | 010 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 |
| | WENDEL, ROSEN, BLACK AND DEAN | Admin | 010 | $49,500.00 | $49,500.00 | $0.00 | $0.00 | $0.00 |
| | CAMPEAU, GOODSELL AND SMITH | Admin | 010 | $1,175,000.00 | $1,138,043.65 | $36,956.35 | $0.00 | $0.00 |
| | LESTER G. SACHS | Admin | 010 | $855.00 | $855.00 | $0.00 | $0.00 | $0.00 |
| | CAMPEAU AND THOMAS | Admin | 010 | $488.88 | $488.88 | $0.00 | $0.00 | $0.00 |
| 022 | COUNTY OF SANTA CLARA | Priority | 020 | $2,486.84 | $2,486.84 | $0.00 | $0.00 | $0.00 |
| 0012 | RICHARDSON NAGY MARTIN | Unsec | 030 | $34,296.95 | $34,296.95 | $0.00 | $0.00 | $0.00 |
| 002 | CAL-AIR CONDITION | Unsec | 030 | $11,851.99 | $11,851.99 | $0.00 | $0.00 | $0.00 |
| 003 | CARDUCCI ASSOC. INC. | Unsec | 030 | $18,742.02 | $18,742.02 | $0.00 | $0.00 | $0.00 |
| 004 | NORTHERN CA COLLECTION | Unsec | 030 | $7,225.67 | $7,225.67 | $0.00 | $0.00 | $0.00 |
| 005 | MARKETSHARE INC. | Unsec | 030 | $2,612.40 | $2,612.40 | $0.00 | $0.00 | $0.00 |

Case: 93-57024    Doc# 403    Filed: 08/18/06    Entered: 08/18/06 15:15:57    Page 2 of 21

# FINAL DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 006 | DALE CHRISTIAN/STRU ENG | Unsec | 030 | $871.00 | $871.00 | $0.00 | $0.00 | $0.00 |
| 007 | VASQUEZ MC LARAND | Unsec | 030 | $50,027.20 | $50,027.20 | $0.00 | $0.00 | $0.00 |
| 008 | TRI CITY LOCK CO. | Unsec | 030 | $102.50 | $102.50 | $0.00 | $0.00 | $0.00 |
| 014 | WILLIAM AND GERD LAPSON | Unsec | 030 | $63,064.46 | $63,064.46 | $0.00 | $0.00 | $0.00 |
| 016 | PORTOFINO VILLAS HOMEOWNERS ASSN. | Unsec | 030 | $4,363.30 | $4,363.30 | $0.00 | $0.00 | $0.00 |
| 019 | PG AND E | Unsec | 030 | $389.25 | $389.25 | $0.00 | $0.00 | $0.00 |
| 021 | PACIFIC JANITORIAL CO. | Unsec | 030 | $387.97 | $387.97 | $0.00 | $0.00 | $0.00 |
| 024 | RON DORST | Unsec | 030 | $12,000.00 | $12,000.00 | $0.00 | $0.00 | $0.00 |
| 029 | MAXIM CONSTRUCTION | Unsec | 030 | $500,000.00 | $500,000.00 | $0.00 | $0.00 | $0.00 |
| 009 | HOME FED INSURANCE | Unsec | 070 | $10,111.50 | $10,111.50 | $0.00 | $0.00 | $0.00 |
| << Totals >> | | | | $2,479,948.13 | $2,442,991.78 | $36,956.35 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Case: 93-57024   Doc# 403   Filed: 08/18/06   Entered: 08/18/06 15:15:57  Page 3 of 21

| Case No: | 93-57024  -RLF | | Trustee Name: | SUZANNE L. DECKER |
| Case Name: | PORTOFINO DEVELOPMENT CORP. | | Bank Name: | COMERICA BANK |
| | | | Account Number / CD #: | *******9746  MMA, IB30340620 |
| Taxpayer ID No: | *******2897 | | | |
| For Period Ending: | 08/16/06 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/00 | | Transfer from Acct #*******8830 | Bank Funds Transfer | 9999-000 | 4,956.85 | | 4,956.85 |
| 11/30/00 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 5.04 | | 4,961.89 |
| 12/31/00 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 11.17 | | 4,973.06 |
| 01/30/01 | 001001 | Arthur B. Levine-Premium Account<br>60 East 42nd Street<br>New York NY 10165 | Bond Premium allocation  25-55-10 | 2300-000 | | 2.45 | 4,970.61 |
| 01/31/01 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 11.19 | | 4,981.80 |
| 02/28/01 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 10.13 | | 4,991.93 |
| 03/31/01 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 11.23 | | 5,003.16 |
| 04/30/01 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 10.90 | | 5,014.06 |
| 05/31/01 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 11.29 | | 5,025.35 |
| 06/30/01 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 10.94 | | 5,036.29 |
| 07/31/01 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 11.34 | | 5,047.63 |
| 08/31/01 | INT | Imperial Bank | Interest | 1270-000 | 11.36 | | 5,058.99 |
| 09/30/01 | INT | IMPERIAL BANK | Interest Earned | 1270-000 | 11.02 | | 5,070.01 |
| 10/31/01 | INT | COMERICA BANK | Interest earned for October at 1.36% APY | 1270-000 | 5.81 | | 5,075.82 |
| 11/26/01 | INT | Comerica Bank | Final Interest | 1270-000 | 4.70 | | 5,080.52 |
| 11/26/01 | | TRANSFER TO ACCT#*******8509 | Transfer amount to Acct# 3754838509 | 9999-000 | | 5,080.52 | 0.00 |

| | | | Page Subtotals | | 5,082.97 | 5,082.97 | |

Ver: 11.50c

Case: 93-57024    Doc# 403    Filed: 08/18/06    Entered: 08/18/06 15:15:57    Page 4 of 21

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 93-57024 -RLF

Case Name: PORTOFINO DEVELOPMENT CORP.

Taxpayer ID No: *******2897

For Period Ending: 08/16/06

Trustee Name: SUZANNE L. DECKER

Bank Name: COMERICA BANK

Account Number / CD #: *******9746 MMA, IB30340620

Blanket Bond (per case limit): $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,082.97 | 5,082.97 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 4,956.85 | 5,080.52 | |
| | | | Subtotal | | 126.12 | 2.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 126.12 | 2.45 | |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 11.50c

Case: 93-57024    Doc# 403    Filed: 08/18/06    Entered: 08/18/06 15:15:57    Page 5 of 21

| Case No: | 93-57024 -RLF |
|---|---|
| Case Name: | PORTOFINO DEVELOPMENT CORP. |

| Taxpayer ID No: | *******2897 |
| For Period Ending: | 08/16/06 |

| Trustee Name: | SUZANNE L. DECKER |
|---|---|
| Bank Name: | Union Bank of California |
| Account Number / CD #: | *******8991 Money Market |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/96 | 2 | CARR, DEFILIPPO AND FERRLLL | ATTYS TRUST ACCT FOR FUNDS REC'D FROM PGE | 1290-000 | 186,007.34 | | 186,007.34 |
| 07/31/96 | INT | UNION BANK | INTEREST | 1270-000 | 139.76 | | 186,147.10 |
| 08/29/96 | 000100 | CAMPEAU AND THOMAS | FEES AND COSTS PER ORDER | 3210-000 | | 52,524.38 | 133,622.72 |
| 08/31/96 | INT | UNION BANK | INTEREST | 1270-000 | 411.95 | | 134,034.67 |
| 09/16/96 | 000101 | R. PATRICK SMITH | FEES/COSTS PER ORDER | 3210-000 | | 28,953.00 | 105,081.67 |
| 09/16/96 | 000102 | LESTER G. SACHS | FEES/COSTS PER ORDER | 3210-000 | | 21,200.33 | 83,881.34 |
| 09/30/96 | INT | UNION BANK | INTEREST | 1270-000 | 265.43 | | 84,146.77 |
| 10/31/96 | INT | UNION BANK | INTEREST | 1270-000 | 160.36 | | 84,307.13 |
| 11/30/96 | INT | UNION BANK | INTEREST | 1270-000 | 150.28 | | 84,457.41 |
| 12/31/96 | INT | UNION BANK | INTEREST | 1270-000 | 166.14 | | 84,623.55 |
| 01/31/97 | INT | UNION BANK | INTEREST | 1270-000 | 161.68 | | 84,785.23 |
| 02/18/97 | 000103 | INTERNATIONAL SURETIES | BOND | 2300-000 | | 42.00 | 84,743.23 |
| 02/28/97 | INT | UNION BANK' | INTEREST | 1270-000 | 146.33 | | 84,889.56 |
| 03/31/97 | INT | UNION BANK | INTEREST | 1270-000 | 162.22 | | 85,051.78 |
| 04/30/97 | INT | UNION BANK | INTEREST | 1270-000 | 157.26 | | 85,209.04 |
| 05/31/97 | INT | UNION BANK | INTEREST | 1270-000 | 157.56 | | 85,366.60 |
| 06/30/97 | INT | UNION BANK | INTEREST | 1270-000 | 163.12 | | 85,529.72 |
| 07/31/97 | INT | UNION BANK | INTEREST | 1270-000 | 163.43 | | 85,693.15 |
| 08/31/97 | INT | UNION BANK | INTEREST | 1270-000 | 153.18 | | 85,846.33 |
| 09/30/97 | INT | UNION BANK | INTEREST | 1270-000 | 169.31 | | 86,015.64 |
| 10/31/97 | INT | UNION BANK | INTEREST | 1270-000 | 164.36 | | 86,180.00 |
| 11/30/97 | INT | UNION BANK | INTEREST | 1270-000 | 148.74 | | 86,328.74 |
| 12/08/97 | | VOID | VOID | 1290-000 | | | 86,328.74 |
| 12/31/97 | INT | UNION BANK | INTEREST | 1270-000 | 175.59 | | 86,504.33 |
| 01/06/98 | 000104 | R. PATRICK SMITH | FEES PER ORDER OF 12/22/97 | 3210-000 | | 42,612.00 | 43,892.33 |
| 01/06/98 | 000105 | R. PATRICK SMITH | COSTS PER ORDER OF 12/22/97 | 3220-000 | | 2,032.60 | 41,859.73 |
| 01/26/98 | 000106 | CAMPEAU AND THOMAS | FEES PER ORDER OF 12/22/1997 | 3210-000 | | 26,892.94 | 14,966.79 |
| | | | Page Subtotals | | 189,224.04 | 174,257.25 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 93-57024 -RLF
Case Name: PORTOFINO DEVELOPMENT CORP.

Taxpayer ID No: *******2897
For Period Ending: 08/16/06

Trustee Name: SUZANNE L. DECKER
Bank Name: Union Bank of California
Account Number / CD #: *******8991 Money Market

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/27/98 | 000107 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT EQUAL TO .51% OF $1,954.80 | 2300-000 | | 9.90 | 14,956.89 |
| 01/31/98 | INT | UNION BANK | INTEREST | 1270-000 | 96.10 | | 15,052.99 |
| 02/28/98 | INT | UNION BANK | INTEREST | 1270-000 | 25.97 | | 15,078.96 |
| 03/31/98 | INT | UNION BANK | INTEREST | 1270-000 | 29.73 | | 15,108.69 |
| 04/30/98 | INT | UNION BANK | INTEREST | 1270-000 | 27.93 | | 15,136.62 |
| 05/30/98 | INT | UNION BANK | INTEREST | 1270-000 | 27.06 | | 15,163.68 |
| 06/30/98 | INT | UNION BANK | INTEREST | 1270-000 | 29.89 | | 15,193.57 |
| 07/31/98 | INT | UNION BANK | INTEREST | 1270-000 | 29.02 | | 15,222.59 |
| 08/31/98 | INT | UNION BANK | INTEREST | 1270-000 | 29.08 | | 15,251.67 |
| 09/30/98 | INT | UNION BANK | INTEREST | 1270-000 | 28.20 | | 15,279.87 |
| 10/31/98 | INT | UNION BANK | INTEREST | 1270-000 | 28.23 | | 15,308.10 |
| 11/30/98 | INT | UNION BANK | INTEREST | 1270-000 | 29.23 | | 15,337.33 |
| 12/31/98 | INT | UNION BANK | INTEREST | 1270-000 | 29.30 | | 15,366.63 |
| 01/05/99 | 000108 | MICHAEL GABRIELSON | PER ORDER OF 12/01/98 | 3410-000 | | 10,165.60 | 5,201.03 |
| 01/05/99 | 000109 | MICHAEL GABRIELSON | COSTS | 3420-000 | | 446.89 | 4,754.14 |
| 01/11/99 | 000110 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT EQUAL TO .53% OF $1,900.00 | 2300-000 | | 9.99 | 4,744.15 |
| 01/31/99 | INT | UNION BANK | INTEREST | 1270-000 | 15.02 | | 4,759.17 |
| 02/28/99 | INT | UNION BANK | INTEREST | 1270-000 | 8.20 | | 4,767.37 |
| 03/31/99 | INT | UNION BANK | INTEREST | 1270-000 | 9.67 | | 4,777.04 |
| 04/30/99 | INT | UNION BANK | INTEREST | 1270-000 | 8.82 | | 4,785.86 |
| 05/31/99 | INT | UNION BANK | INTEREST | 1270-000 | 8.26 | | 4,794.12 |
| 06/07/99 | | VOID | VOID | 1290-000 | | | 4,794.12 |
| 06/30/99 | INT | Union Bank of California | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.27% | 1270-000 | 9.74 | | 4,803.86 |
| 07/30/99 | INT | Union Bank of California | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.27% | 1270-000 | 8.88 | | 4,812.74 |
| 08/31/99 | INT | Union Bank of California | INTEREST EARNED - ANNUAL PERCENTAGE | 1270-000 | 9.47 | | 4,822.21 |

Page Subtotals 487.80 10,632.38

Ver: 11.50c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    93-57024 -RLF

Case Name:    PORTOFINO DEVELOPMENT CORP.

Taxpayer ID No:    *******2897

For Period Ending:  08/16/06

Trustee Name:    SUZANNE L. DECKER

Bank Name:    Union Bank of California

Account Number / CD #:    *******8991  Money Market

Blanket Bond (per case limit):   $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | YIELD:  2.26% | | | | |
| 09/30/99 | INT | Union Bank of California | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.27% | 1270-000 | 8.91 | | 4,831.12 |
| 10/29/99 | INT | Union Bank of California | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.26% | 1270-000 | 8.61 | | 4,839.73 |
| 11/30/99 | INT | Union Bank of California | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.27% | 1270-000 | 9.54 | | 4,849.27 |
| 12/31/99 | INT | Union Bank of California | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.26% | 1270-000 | 9.24 | | 4,858.51 |
| 01/04/00 | 000111 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT EQUAL TO .10% OF $2,159.57 | 2300-000 | | 2.22 | 4,856.29 |
| 01/18/00 | INT | UNION BANK OF CALIFORNIA | Interest Income | 1270-000 | 5.07 | | 4,861.36 |
| 01/18/00 | | Transfer to Acct #*******8830 | Bank Funds Transfer | 9999-000 | | 4,861.36 | 0.00 |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 189,753.21 | 189,753.21 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 4,861.36 | |
| Subtotal | | 189,753.21 | 184,891.85 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 189,753.21 | 184,891.85 | |

Page Subtotals    41.37    4,863.58

Ver: 11.50c

LFORM24

| Case No: | 93-57024  -RLF | Trustee Name: | SUZANNE L. DECKER |
| Case Name: | PORTOFINO DEVELOPMENT CORP. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8830  Money Market |
| Taxpayer ID No: | *******2897 | | |
| For Period Ending: | 08/16/06 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/00 | | Transfer from Acct #*******8991 | Bank Funds Transfer | 9999-000 | 4,861.36 | | 4,861.36 |
| 01/31/00 | INT | BANK OF AMERICA | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.35% | 1270-000 | 4.37 | | 4,865.73 |
| 02/29/00 | INT | BANK OF AMERICA | INTEREST | 1270-000 | 9.07 | | 4,874.80 |
| 03/31/00 | INT | BANK OF AMERICA | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.35% | 1270-000 | 9.71 | | 4,884.51 |
| 04/28/00 | INT | BANK OF AMERICA | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.35% | 1270-000 | 8.79 | | 4,893.30 |
| 05/31/00 | INT | BANK OF AMERICA | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.35% | 1270-000 | 10.38 | | 4,903.68 |
| 06/30/00 | INT | BANK OF AMERICA | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.35% | 1270-000 | 9.45 | | 4,913.13 |
| 07/31/00 | INT | BANK OF AMERICA | INTEREST EARNED - ANNUAL PERCENTAGE YIELD:  2.35% | 1270-000 | 9.79 | | 4,922.92 |
| 08/31/00 | INT | BANK OF AMERICA | INTEREST EARNED - ANNUALPERCENTAGE YIELD:  2.35% | 1270-000 | 9.81 | | 4,932.73 |
| 09/29/00 | INT | BANK OF AMERICA | INTEREST EARNED - ANNUALPERCENTAGE YIELD:  2.35% | 1270-000 | 9.19 | | 4,941.92 |
| 10/31/00 | INT | Bank of America | Interest Earned - October | 1270-000 | 10.16 | | 4,952.08 |
| 11/17/00 | INT | Bank of America | Interest | 1270-000 | 4.77 | | 4,956.85 |
| 11/17/00 | | Transfer to Acct #*******9746 | Bank Funds Transfer | 9999-000 | | 4,956.85 | 0.00 |

| | | | Page Subtotals | | 4,956.85 | 4,956.85 | |

Ver: 11.50c

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    93-57024  -RLF

Case Name:    PORTOFINO DEVELOPMENT CORP.

Taxpayer ID No:  *******2897

For Period Ending:  08/16/06

Trustee Name:    SUZANNE L. DECKER

Bank Name:    BANK OF AMERICA

Account Number / CD #:  *******8830  Money Market

Blanket Bond (per case limit):  $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,956.85 | 4,956.85 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 4,861.36 | 4,956.85 | |
| | | | Subtotal | | 95.49 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 95.49 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 11.50c

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 93-57024 -RLF
Case Name: PORTOFINO DEVELOPMENT CORP.

Taxpayer ID No: *******2897
For Period Ending: 08/16/06

Trustee Name: SUZANNE L. DECKER
Bank Name: BANK OF AMERICA
Account Number / CD #: *******8509 Money Market, 3754838509

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/26/01 | | TRANSFER FROM ACCT#*******9746 | Transfer amount to Acct# 3754838509 | 9999-000 | 5,080.52 | | 5,080.52 |
| | | | Transfer amount from Acct# 1891599746 | | | | |
| 11/30/01 | INT | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | 1.04 | | 5,081.56 |
| 12/31/01 | INT | BANK OF AMERICA, N.A. | Interest earned for December at 1.5% APY | 1270-000 | 6.48 | | 5,088.04 |
| 01/31/02 | INT | BANK OF AMERICA | Interest Rate 1.500 | 1290-000 | 6.49 | | 5,094.53 |
| 02/07/02 | 000101 | ADAMS * LEVINE | BOND | 2300-000 | | 4.48 | 5,090.05 |
| 02/28/02 | INT | BANK OF AMERICA | Interest Rate 1.500 | 1290-000 | 5.87 | | 5,095.92 |
| 03/29/02 | INT | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 5.37 | | 5,101.29 |
| 04/30/02 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 5.03 | | 5,106.32 |
| 05/31/02 | INT | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 5.20 | | 5,111.52 |
| 06/28/02 | INT | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 5.04 | | 5,116.56 |
| 07/31/02 | INT | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 5.22 | | 5,121.78 |
| 08/30/02 | INT | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 5.21 | | 5,126.99 |
| 09/30/02 | INT | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 5.07 | | 5,132.06 |
| 10/31/02 | INT | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 5.23 | | 5,137.29 |
| 11/29/02 | INT | BANK OF AMERICA | Interest Rate 0.850 | 1270-000 | 4.17 | | 5,141.46 |
| 12/31/02 | INT | BANK OF AMERICA | Interest Rate 0.850 | 1270-000 | 3.72 | | 5,145.18 |
| 01/14/03 | 000102 | INTERNATIONAL SURETIES | BOND | 2300-000 | | 4.29 | 5,140.89 |
| 01/31/03 | INT | BANK OF AMERICA | Interest Rate 0.850 | 1270-000 | 3.71 | | 5,144.60 |
| 02/28/03 | INT | BANK OF AMERICA | Interest Rate 0.850 | 1270-000 | 3.35 | | 5,147.95 |
| 03/31/03 | INT | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 2.33 | | 5,150.28 |
| 04/30/03 | INT | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 2.12 | | 5,152.40 |
| 05/30/03 | INT | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 2.19 | | 5,154.59 |
| 06/30/03 | INT | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 2.12 | | 5,156.71 |
| 07/31/03 | INT | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 0.88 | | 5,157.59 |
| 08/29/03 | INT | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 0.87 | | 5,158.46 |
| 09/30/03 | INT | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 0.85 | | 5,159.31 |
| 10/31/03 | INT | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 0.88 | | 5,160.19 |

Page Subtotals 5,168.96 8.77

Case: 93-57024    Doc# 403    Filed: 08/18/06    Entered: 08/18/06 15:15:57    Page 11 of 21

LFORM24

Ver: 11.50c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 93-57024 -RLF |
| Case Name: | PORTOFINO DEVELOPMENT CORP. |
| Taxpayer ID No: | *******2897 |
| For Period Ending: | 08/16/06 |

| | |
|---|---|
| Trustee Name: | SUZANNE L. DECKER |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8509 Money Market, 3754838509 |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/03 | INT | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 0.84 | | 5,161.03 |
| 12/31/03 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.44 | | 5,161.47 |
| 01/16/04 | 000103 | INTERNATIONAL SURETIES, LTD. | BOND 016030864 | 2300-000 | | 5.57 | 5,155.90 |
| 01/30/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.43 | | 5,156.33 |
| 02/27/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.40 | | 5,156.73 |
| 03/31/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.44 | | 5,157.17 |
| 04/30/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.42 | | 5,157.59 |
| 05/28/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.43 | | 5,158.02 |
| 06/30/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.43 | | 5,158.45 |
| 07/30/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.43 | | 5,158.88 |
| 08/12/04 | 3 | MARIANI/BIGLER | PARTIAL SETTLEMENT PROCEEDS | 1229-000 | 350,000.00 | | 355,158.88 |
| 08/31/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 15.74 | | 355,174.62 |
| 09/30/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 29.11 | | 355,203.73 |
| 10/08/04 | 3 | MARIANI, ET AL | SETTLEMENT PROCEEDS | 1229-000 | 350,000.00 | | 705,203.73 |
| 10/29/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 49.21 | | 705,252.94 |
| 11/30/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 57.81 | | 705,310.75 |
| 12/10/04 | 3 | WAYNE SILVER/MARIANI LAWSUIT | CLAIM VS. MARIANI | 1241-000 | 225,000.00 | | 930,310.75 |
| 12/31/04 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 71.42 | | 930,382.17 |
| * 01/12/05 | 000104 | INTERNATIONAL SURETIES, LTD. | BOND NO. 016030864 | 2300-004 | | 1,167.02 | 929,215.15 |
| 01/31/05 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 79.00 | | 929,294.15 |
| 02/04/05 | 3 | JON WALLACE | CLAIM V. MARIANI - LIEN ON PROPERTY | 1229-000 | 50,000.00 | | 979,294.15 |
| * 02/15/05 | 000104 | INTERNATIONAL SURETIES, LTD. | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2300-004 | | -1,167.02 | 980,461.17 |
| 02/16/05 | 000105 | INTERNATIONAL SURETIES | REPLACEMENT CHECK | 2300-000 | | 1,167.02 | 979,294.15 |
| 02/28/05 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 185.58 | | 979,479.73 |
| 03/31/05 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 207.97 | | 979,687.70 |
| 04/29/05 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 201.31 | | 979,889.01 |
| 05/31/05 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 208.06 | | 980,097.07 |
| 06/30/05 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 201.39 | | 980,298.46 |

| | | | Page Subtotals | | 976,310.86 | 1,172.59 | |

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 93-57024 -RLF | Trustee Name: SUZANNE L. DECKER |
| Case Name: | PORTOFINO DEVELOPMENT CORP. | Bank Name: BANK OF AMERICA |
| | | Account Number / CD #: *******8509 Money Market, 3754838509 |
| Taxpayer ID No: | *******2897 | |
| For Period Ending: | 08/16/06 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/05 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 208.14 | | 980,506.60 |
| 08/12/05 | 3 | MARIANI | CLAIM PROCEEDS/LIEN | 1229-000 | 378,389.90 | | 1,358,896.50 |
| 08/31/05 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 599.19 | | 1,359,495.69 |
| 09/30/05 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 670.44 | | 1,360,166.13 |
| 10/31/05 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 693.13 | | 1,360,859.26 |
| 11/30/05 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 671.11 | | 1,361,530.37 |
| 12/30/05 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 693.82 | | 1,362,224.19 |
| 01/17/06 | 000106 | INTERNATIONAL SURETIES, LTD. | BOND NO. 016030864 | 2300-000 | | 1,781.11 | 1,360,443.08 |
| 01/27/06 | 000107 | UNITED STATES TRUSTEE | UST QUARTERLY FEES | 2950-000 | | 1,750.00 | 1,358,693.08 |
| 01/31/06 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 693.94 | | 1,359,387.02 |
| 02/16/06 | 3 | MARIANI, ET AL | CLAIMS V. MARIANI, ET AL | 1229-000 | 892,615.26 | | 2,252,002.28 |
| 02/28/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1,286.28 | | 2,253,288.56 |
| 02/28/06 | 000108 | Michael Gabrielson | FEES PER ORDER | 3410-000 | | 49,735.10 | 2,203,553.46 |
| | | 117 OXFORD | | | | | |
| | | MORAGA, CA 94556 | | | | | |
| 02/28/06 | 000109 | Michael Gabrielson | EXPENSES PER ORDER | 3420-000 | | 773.21 | 2,202,780.25 |
| | | 117 OXFORD | | | | | |
| | | MORAGA, CA 94556 | | | | | |
| 03/02/06 | | Transfer to Acct #*******2769 | Bank Funds Transfer | 9999-000 | | 2,000,000.00 | 202,780.25 |
| 03/08/06 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 96.45 | | 202,876.70 |
| 03/08/06 | | Transfer to Acct #*******2769 | Final Posting Transfer | 9999-000 | | 202,876.70 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 1,276,617.66 | 2,256,916.12 |

Ver: 11.50c

Case: 93-57024    Doc# 403    Filed: 08/18/06    Entered: 08/18/06 15:15:57    Page 13 of 21

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 93-57024 -RLF

Case Name: PORTOFINO DEVELOPMENT CORP.

Taxpayer ID No: *******2897

For Period Ending: 08/16/06

Trustee Name: SUZANNE L. DECKER

Bank Name: BANK OF AMERICA

Account Number / CD #: *******8509 Money Market, 3754838509

Blanket Bond (per case limit): $ 5,000,000.00

Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 2,258,097.48 | 2,258,097.48 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,080.52 | 2,202,876.70 | |
| | | | Subtotal | | 2,253,016.96 | 55,220.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,253,016.96 | 55,220.78 | |

Page Subtotals 0.00 0.00

Ver: 11.50c

LFORM24

Case No: 93-57024 -RLF
Case Name: PORTOFINO DEVELOPMENT CORP.

Taxpayer ID No: *******2897
For Period Ending: 08/16/06

Trustee Name: SUZANNE L. DECKER
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2769 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 03/02/06 | | Transfer from Acct #*******8509 | Bank Funds Transfer | 9999-000 | 2,000,000.00 | | 2,000,000.00 |
| * | 03/02/06 | 001001 | COUNTY OF SANTA CLARA | DIVIDEND PAYMENT | 7100-003 | | 8,431.32 | 1,991,568.68 |
| | | | COUNTY GOVT CENTER, EAST WING | | | | | |
| | | | 70 WEST HEDDING ST. | | | | | |
| | | | SAN JOSE, CA. 95110 | | | | | |
| | 03/02/06 | 001002 | CAL AIR CONDITION | DIVIDEND PAYMENT | 7100-000 | | 11,851.99 | 1,979,716.69 |
| | | | 1853 S. 7TH ST. | | | | | |
| | | | SAN JOSE, CA. 95112 | | | | | |
| | 03/02/06 | 001003 | CARDUCCI ASSOC. INC. | DIVIDEND PAYMENT | 7100-000 | | 18,742.02 | 1,960,974.67 |
| | | | 487 BRYANT ST. 2ND | | | | | |
| | | | SAN FRANCISCO, CA. 94107 | | | | | |
| | 03/02/06 | 001004 | NORTHERN CA COLLECTION | DIVIDEND PAYMENT | 7100-000 | | 7,225.67 | 1,953,749.00 |
| | | | BOX 13765 | | | | | |
| | | | SACRAMENTO, CA. 95853 | | | | | |
| | 03/02/06 | 001005 | MARKETSHARE, INC. | DIVIDEND PAYMENT | 7100-000 | | 2,612.40 | 1,951,136.60 |
| | | | 2001 TAROB CT. | | | | | |
| | | | MILPITAS, CA. 95035 | | | | | |
| | 03/02/06 | 001006 | DALE CHRISTIAN | DIVIDEND PAYMENT | 7100-000 | | 871.00 | 1,950,265.60 |
| | | | 1748 W KATELLA AVE. #208 | | | | | |
| | | | ORANGE, CA. 92667 | | | | | |
| * | 03/02/06 | 001007 | VASQUEZ MC LARAND | DIVIDEND PAYMENT | 7100-003 | | 50,027.20 | 1,900,238.40 |
| | 03/02/06 | 001008 | TRI CITY LOCK CO. | DIVIDEND PAYMENT | 7100-000 | | 102.50 | 1,900,135.90 |
| | | | 233 STATE ST. | | | | | |
| | | | LOS ALTOS, CA. 94022 | | | | | |
| * | 03/02/06 | 001009 | HOME FEDERAL INSURANCE | DIVIDEND PAYMENT | 7100-003 | | 10,111.50 | 1,890,024.40 |
| | | | BOX 951 | | | | | |
| | | | SAN DIEGO, CA. 92112 | | | | | |
| | 03/02/06 | 001010 | RICHARD NAGY MARTIN | DIVIDEND PAYMENT | 7100-000 | | 34,296.95 | 1,855,727.45 |
| | | | 4611 TELLER AVE. | | | | | |

Page Subtotals: 2,000,000.00 144,272.55

Case No:          93-57024  -RLF
Case Name:     PORTOFINO DEVELOPMENT CORP.

Trustee Name:      SUZANNE L. DECKER
Bank Name:          BANK OF AMERICA
Account Number / CD #:        *******2769  Checking - Non Interest

Taxpayer ID No:   *******2897
For Period Ending:   08/16/06

Blanket Bond (per case limit):     $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEWPORT BEACH, CA. 92660 | | | | | |
| 03/02/06 | 001011 | WILLIAM AND GERD LAPSON | DIVIDEND PAYMENT | 7100-000 | | 63,064.46 | 1,792,662.99 |
| | | 322 FONTAINE DR. | | | | | |
| | | DANVILLE, CA. 94506 | | | | | |
| 03/02/06 | 001012 | PORTOFINO VILLAS HOMEOWNERS | DIVIDEND PAYMENT | 7100-000 | | 4,363.30 | 1,788,299.69 |
| | | 20336 VIA VOLANTE | | | | | |
| | | CUPERTINO, CA. 95014 | | | | | |
| 03/02/06 | 001013 | P G AND E | DIVIDEND PAYMENT | 7100-000 | | 389.25 | 1,787,910.44 |
| | | BOX 52001 | | | | | |
| | | SAN FRANCISCO, CA. 94152 | | | | | |
| 03/02/06 | 001014 | PACIFIC JANITORIAL CO. | DIVIDEND PAYMENT | 7100-000 | | 387.97 | 1,787,522.47 |
| | | 2294 WALSH AVE. | | | | | |
| | | SANTA CLARA, CA. 95050 | | | | | |
| 03/02/06 | 001015 | TAX COLLECTOR, SANTA CLARA CO. | DIVIDEND PAYMENT | 5800-000 | | 2,486.84 | 1,785,035.63 |
| | | 70 W. HEDDING ST. | | | | | |
| | | SAN JOSE, CA. 95110 | | | | | |
| 03/02/06 | 001016 | DR. RONALD DORST | DIVIDEND PAYMENT | 7100-000 | | 12,000.00 | 1,773,035.63 |
| | | 885 SCOTT BLVD. | | | | | |
| | | SANTA CLARA, CA. 95050 | | | | | |
| 03/02/06 | 001017 | LESTER SACHS | DIVIDEND PAYMENT | 7100-000 | | 159,563.77 | 1,613,471.86 |
| | | DANIEL SMITH PLASTERING | | | | | |
| 03/02/06 | 001018 | LESTER SACHS | DIVIDEND PAYMENT | 7100-000 | | 45,631.17 | 1,567,840.69 |
| | | ROD RODRIQUEZ | | | | | |
| 03/02/06 | 001019 | MAXIM CONSTRUCTION | DIVIDEND PAYMENT | 7100-000 | | 294,805.06 | 1,273,035.63 |
| 03/08/06 | | Transfer from Acct #*******8509 | Transfer In From MMA Account | 9999-000 | 202,876.70 | | 1,475,912.33 |
| 03/08/06 | 001020 | SUZANNE L. DECKER | FEES PER ORDER | 2100-000 | | 50,000.00 | 1,425,912.33 |
| 03/08/06 | 001021 | WENDEL, ROSEN, BLACK AND DEAN | FEES PER ORDER | 3210-000 | | 40,000.00 | 1,385,912.33 |
| 03/08/06 | 001022 | LESTER M. SACHS | FEES PER ORDER | 3210-000 | | 16,800.00 | 1,369,112.33 |
| 03/08/06 | 001023 | R. PATRICK SMITH | FEES PER ORDER | 3210-000 | | 230,000.00 | 1,139,112.33 |

Page Subtotals                    202,876.70        919,491.82

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 93-57024  -RLF | | Trustee Name: | SUZANNE L. DECKER |
| Case Name: | PORTOFINO DEVELOPMENT CORP. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2769  Checking - Non Interest |
| Taxpayer ID No: | *******2897 | | | |
| For Period Ending: | 08/16/06 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD |
| | | | | | Deposits ($) | Disbursements ($) | Balance ($) |
| * 03/08/06 | 001024 | CAMPEAU, GOODSELL, SMITH | FEES PER ORDER | 3210-003 | | 1,115,000.00 | 24,112.33 |
| * 03/08/06 | 001024 | CAMPEAU, GOODSELL, SMITH | FEES PER ORDER | 3210-003 | | -1,115,000.00 | 1,139,112.33 |
| 03/08/06 | 001025 | CAMPEAU, GOODSELL, SMITH | FEES PER ORDER | 3210-000 | | 1,107,600.00 | 31,512.33 |
| * 03/15/06 | 001001 | COUNTY OF SANTA CLARA | DIVIDEND PAYMENT | 7100-003 | | -8,431.32 | 39,943.65 |
| | | COUNTY GOVT CENTER, EAST WING | | | | | |
| | | 70 WEST HEDDING ST. | | | | | |
| | | SAN JOSE, CA. 95110 | | | | | |
| 04/06/06 | 001026 | WENDEL, ROSEN, BLACK AND DEAN | SUPPLEMENTAL FEES | 3210-000 | | 9,500.00 | 30,443.65 |
| * 04/18/06 | 001007 | VASQUEZ MC LARAND | DIVIDEND PAYMENT | 7100-003 | | -50,027.20 | 80,470.85 |
| 04/18/06 | 001027 | Clerk, U.S. Bankruptcy Court | DIVIDEND PAYMENT | 7100-001 | | 50,027.20 | 30,443.65 |
| | | 280 SOUTH FIRST ST. | | | | | |
| | | ROOM 3035 | | | | | |
| | | SAN JOSE, CA 95113 | | | | | |
| * 06/02/06 | 001009 | HOME FEDERAL INSURANCE | DIVIDEND PAYMENT | 7100-003 | | -10,111.50 | 40,555.15 |
| | | BOX 951 | | | | | |
| | | SAN DIEGO, CA. 92112 | | | | | |
| 06/02/06 | 001028 | Clerk, U.S. Bankruptcy Court | DIVIDEND PAYMENT | 7100-001 | | 10,111.50 | 30,443.65 |
| | | 280 SOUTH FIRST ST. | | | | | |
| | | ROOM 3035 | | | | | |
| | | SAN JOSE, CA 95113 | | | | | |
| 06/02/06 | 001029 | CAMPEAU, GOODSELL AND SMITH | FEES PER ORDER | 3210-000 | | 30,443.65 | 0.00 |

Ver: 11.50c

LFORM24

Case: 93-57024    Doc# 403    Filed: 08/18/06    Entered: 08/18/06 15:15:57    Page 17 of 21

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 93-57024  -RLF |
| Case Name: | PORTOFINO DEVELOPMENT CORP. |
| | |
| Taxpayer ID No: | *******2897 |
| For Period Ending: | 08/16/06 |

| | |
|---|---|
| Trustee Name: | SUZANNE L. DECKER |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2769  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,202,876.70 | 2,202,876.70 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 2,202,876.70 | | |
| | | | Subtotal | | 0.00 | 2,202,876.70 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,202,876.70 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | MMA, IB30340620 - *******9746 | | 126.12 | 2.45 | 0.00 |
| | | | Money Market - *******8991 | | 189,753.21 | 184,891.85 | 0.00 |
| | | | Money Market - *******8830 | | 95.49 | 0.00 | 0.00 |
| | | | Money Market, 3754838509 - *******8509 | | 2,253,016.96 | 55,220.78 | 0.00 |
| | | | Checking - Non Interest - *******2769 | | 0.00 | 2,202,876.70 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 2,442,991.78 | 2,442,991.78 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | | | | Transfers) | To Debtors) | On Hand |

Page Subtotals: 0.00    0.00

Ver: 11.50c

Case: 93-57024    Doc# 403    Filed: 08/18/06    Entered: 08/18/06 15:15:57    Page 18 of 21

# FORM 4
## Distribution Report for Closed Asset Cases

Case No.   **93-57024**
Case Name:  **PORTOFINO DEVELOPMENT CORP.**

Trustee Name:  **SUZANNE L. DECKER**
Date:  **08/16/06**
Date Filed / Converted to Ch. 7:  **08/11/95 (c)**

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| GROSS RECEIPTS | $2,442,991.78 | 100.00% |
| Less: | | |
| Funds Paid to Debtor: | | |
|   Exemptions | $0.00 | 0.00% |
|   Excess Funds | $0.00 | 0.00% |
|   Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | **$2,442,991.78** | **100.00%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| SECURED CLAIMS | | | |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
|   Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1) and CHARGES | | | |
| under Title 28, Chapter 123: | | | |
|   Trustee Fees | $50,000.00 | $50,000.00 | 2.05% |
|   Trustee Expenses | $0.00 | $0.00 | 0.00% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Fees | $1,642,138.77 | $1,606,526.30 | 65.76% |
|     Other Firm's Legal Expenses | $3,376.48 | $2,032.60 | 0.08% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Fees | $59,900.70 | $59,900.70 | 2.45% |
|     Other Firm's Accounting Expenses | $1,220.10 | $1,220.10 | 0.05% |
|   Real Estate Commissions | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
|   Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
|   Other Expenses | $3,029.03 | $3,029.03 | 0.12% |
|   Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
|   Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
|   U.S. Trustee Fees | $1,750.00 | $1,750.00 | 0.07% |
|   Court Costs | $0.00 | $0.00 | 0.00% |
| TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES | $1,761,415.08 | $1,724,458.73 | 70.59% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1) | | | |
|   (From attached Part B) | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(3) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS:  EMPLOYEE BENEFIT PLANS 507(a)(4) | $0.00 | $0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS 507(a)(8) | $10,918.16 | $2,486.84 | 0.10% |
| OTHER 507(a)(2), (5), (6), & (9) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS 507(a)(3) to 507 (a)(9)** | $10,918.16 | $2,486.84 | 0.10% |
| **GENERAL UNSECURED CLAIMS** | $716,046.21 | $716,046.21 | 29.31% |
| **TOTAL DISBURSEMENTS** | **$2,488,379.45** | **$2,442,991.78** | **100.00%** |

# FORM 4

### Distribution Report for Closed Asset Cases

Case No.    **93-57024**

Case Name:  **PORTOFINO DEVELOPMENT CORP.**

Trustee Name:  **SUZANNE L. DECKER**

Date:  **08/16/06**

Date Filed / Converted to Ch. 7:  **08/11/95 (c)**

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
| Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |

TRUSTEE REPORT
TO THE CLERK'S OFFICE

BANKRUPTCY CLOSING REPORT

To be filed with United States Trustee proposed Final Distribution

Cases pending in
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
Chapter 7

---

DEBTOR(S) NAME:                          Case Number: 93-57024-RLF
PORTOFINO DEVELOPMENT CORP.


GROSS CASH RECEIPTS:                     $2,442,991.78

FEES & EXPENSES (From Case Inception)

$50,000.00                               TRUSTEE COMPENSATION

$1,606,526.30                            FEE for ATTORNEY FOR TRUSTEE

$67,932.43                               OTHER PROFESSIONAL FEES

---

DISTRIBUTIONS (From case inception):

$0.00                                    SECURED CREDITORS

$2,486.84                                PRIORITY CREDITORS

$716,046.21                              UNSECURED CREDITORS

$0.00                                    EQUITY SECURITY HOLDERS

$0.00                                    ALL OTHER DISTRIBUTIONS

$2,442,991.78                            TOTAL



By: _____

Case: 93-57024    Doc# 403    Filed: 08/18/06    Entered: 08/18/06 15:15:57    Page 21 of
21