# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Portofino Development Corp.<br>   dba  Portofino Development Corp.<br>   dba  D. W. Mariani Development Corp.<br>      Debtor(s) | Case No.: 93–57024 RLE 7<br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Suzanne Decker is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

   and

☐ [other provisions as needed]


Dated: <u>9/1/06</u>                      By the Court:

                                         Roger L. Efremsky<br>                                         United States Bankruptcy Judge